UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD JOSEPH HOGAN, Plaintiff, <br><br> -v- <br><br> AMERICAN STANDARD, INC., ET AL. Defendant. | Case No. 08-CV-5546 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GENERAL ELECTRIC COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

GENERAL ELECTRIC COMPANY is a publicly held entity. General Electric Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: 6.18.08

Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf SDNY Web 10/2007