UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD JOSEPH HOGAN, Plaintiff, -v- AMERICAN STANDARD, INC., ET AL, Defendant. | Case No. 08-CV-5546 **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

FOSTER WHEELER LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Foster Wheeler Ltd.(Bermuda) is a publicly held entity which owns 100% of the stock of Foster Wheeler Holdings, Ltd. (Bermuda). Foster Wheeler Holdings, Ltd. owns 100% of the stock of Foster Wheeler LLC (Delaware). Foster Wheeler LLC owns 100% of the stock of Foster Wheeler Inc. (Delaware). Foster Wheeler Inc. owns 100% of the stock of Foster Wheeler North America Corp. (Delaware) which in turn owns 100% of the stock of Foster Wheeler Energy Corporation (Delaware). No publicly held corporation owns more than 10% or more of Foster Wheeler Ltd. stock. .

Date: 6.18.08

Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf  SDNY Web 10/2007