UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EDWARD JOSEPH HOGAN

                  Plaintiff,                  Civil Action No. 08 CV 05546 (SWK)

    - against -                       **STIPULATION AND ORDER**
                                              **OF REMAND**

GENERAL ELECTRIC COMPAY,
FOSTER WHEELER, LLC *et al.*,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, Defendants General Electric Company ("GE") and Foster Wheeler, LLC ("FW") have removed this action; and

        WHEREAS, GE and FW have now agreed that this action shall be remanded to the State Court where it was originally filed; and

        WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

        NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and GE and FW that this action shall be remanded to the State Court where it was originally filed.

Dated: July 1, 2008

_____
Audrey P. Raphael, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Ave
13th Floor
New York, NY 10022
Counsel for Plaintiff Warren Taveniere

_____
Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Counsel for General Electric Company and
    Foster Wheeler, LLC

**SO ORDERED:**

_____
SHIRLEY W. KRAM
United States District Court Judge

Dated: _____, 2008

00121441.WPD