UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EDWARD JOSEPH HOGAN

              Plaintiff,

  - against -

GENERAL ELECTRIC COMPAY,
FOSTER WHEELER, LLC et al.,

             Defendants.
------------------------------------X

**RECEIVED**
JUL 0 1 2008
JUDGE S. W. KRAM
CHAMBERS

Civil Action No. 08 MBERS (SWK)
08 Cv. 5546

STIPULATION AND ORDER
OF REMAND

WHEREAS, Defendants General Electric Company ("GE") and Foster Wheeler, LLC ("FW") have removed this action; and

WHEREAS, GE and FW have now agreed that this action shall be remanded to the State Court where it was originally filed; and

WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and GE and FW that this action shall be remanded to the State Court where it was originally filed.

Dated: July 1, 2008

_____
Audrey P. Raphael, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Ave
13th Floor
New York, NY 10022
Counsel for Plaintiff Warren Taveniere

_____
Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Counsel for General Electric Company and
Foster Wheeler, LLC

SO ORDERED:

_____
SHIRLEY W. KRAM
United States District Court Judge

Dated: July 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

00121441.WPD